IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS UNITED,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT STATE,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 20-cv-3762 (CRC) |

**JOINT STATUS REPORT**

In accordance with the Court's March 12, 2021 Minute Order, the parties respectfully submit the following Joint Status Report:

1. This action involves a Freedom of Information Act ("FOIA") request submitted by Plaintiff Citizens United to Defendant U.S. Department of State ("State" or "the Department"). As outlined in the parties' prior status report of March 9, 2021, State is in the process of conducting its search for agency records that would potentially be responsive to Plaintiff's FOIA request. State has conducted searches of its unclassified system, although it is still in the process of conducting searches of its classified system due to the ongoing impact of COVID-19 mitigation measures on staffing.

2. State made a first release to Plaintiff on May 3, 2021. The Department informed Plaintiff that it had processed more than 300 pages of potentially responsive material but had not identified any responsive records.

3. The Department anticipates making its next release of responsive, non-exempt material, to the extent any such material is identified, on or before June 3, 2021.

4.		The parties propose to submit a further Joint Status Report on or before June 18, 2021.

Dated: May 17, 2021								Respectfully submitted,

 /s/ Jeremiah L. Morgan						BRIAN M. BOYNTON
Jeremiah L. Morgan							Acting Assistant Attorney General
(D.C. Bar No. 1012943)
Robert J. Olson								ELIZABETH SHAPIRO
(D.C. Bar No. 1029318)							Deputy Director, Federal Programs Branch
William J. Olson
(D.C. Bar No. 233833)							/s/ Alexander V. Sverdlov
William J. Olson, P.C.							ALEXANDER V. SVERDLOV (NY Bar
370 Maple Avenue West, Suite 4						4918793)
Vienna, VA 22180-5615							Trial Attorney
703-356-5070 (telephone)						United States Department of Justice
703-356-5085 (fax)							Civil Division, Federal Programs Branch
wjo@mindspring.com (e-mail)						1100 L Street, N.W.
										Washington, DC 20005
										Tel: (202) 305-8550
										alexander.v.sverdlov@usdoj.gov

*Counsel for Plaintiff*							 *Attorneys for Defendant*