IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS UNITED,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT STATE,<br><br>*Defendant*. | Case No. 20-cv-3762 (CRC) |

## JOINT STATUS REPORT

In accordance with the Court's May 24, 2021 Minute Order, the parties respectfully submit the following Joint Status Report:

1. This action involves a Freedom of Information Act ("FOIA") request submitted by Plaintiff Citizens United to Defendant U.S. Department of State ("State" or "the Department"). As outlined in the parties' prior status report of May 17, 2021, State is in the process of conducting its search for agency records that would potentially be responsive to Plaintiff's FOIA request. State has conducted searches of its unclassified system, although it is still in the process of conducting searches of its classified system due to the ongoing impact of COVID-19 mitigation measures on staffing.

2. Since the last joint status report, State made a second release to Plaintiff on June 3, 2021. The Department informed Plaintiff that it had processed more than 300 pages of potentially responsive material and had identified one responsive record, which it released in part.

3. The Department anticipates making its next release of responsive, non-exempt material, to the extent any such material is identified, on or before July 6, 2021.

1

4.	The parties propose to submit a further Joint Status Report on or before July 21, 2021.

Dated: June 21, 2021	Respectfully submitted,

 /s/ Jeremiah L. Morgan	BRIAN M. BOYNTON
Jeremiah L. Morgan	Acting Assistant Attorney General
(D.C. Bar No. 1012943)
Robert J. Olson	ELIZABETH SHAPIRO
(D.C. Bar No. 1029318)	Deputy Director, Federal Programs Branch
William J. Olson
(D.C. Bar No. 233833)	/s/ Alexander V. Sverdlov
William J. Olson, P.C.	ALEXANDER V. SVERDLOV (NY Bar
370 Maple Avenue West, Suite 4	4918793)
Vienna, VA 22180-5615	Trial Attorney
703-356-5070 (telephone)	United States Department of Justice
703-356-5085 (fax)	Civil Division, Federal Programs Branch
wjo@mindspring.com (e-mail)	1100 L Street, N.W.
	Washington, DC 20005
*Counsel for Plaintiff*	Tel: (202) 305-8550
	alexander.v.sverdlov@usdoj.gov

	*Attorneys for Defendant*